# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASTRONARDI INTERNATIONAL LIMITED,<br><br>          Plaintiff,<br><br>    v.<br><br>SUNSELECT PRODUCE (CALIFORNIA), INC.,<br><br>          Defendant. | Case No.: 1:18-cv-00737 AWI JLT<br><br>ORDER GRANTING STIPULATION TO CONTINUE THE SCHEDULING CONFERENCE<br>(Doc. 14) |

Based upon the stipulation of counsel, the Court **ORDERS**:

1. The mandatory scheduling conference is **CONTINUED** to **October 31, 2018** at 9:00 a.m.

IT IS SO ORDERED.

    Dated: __**August 14, 2018**__                             **/s/ Jennifer L. Thurston**
                                                                             UNITED STATES MAGISTRATE JUDGE