1  PILLSBURY WINTHROP SHAW PITTMAN LLP
   COLIN T. KEMP (CSBN 215408)
2  colin.kemp@pillsburylaw.com
   KENNETH E. KELLER (CSBN 71450)
3  kenneth.keller@pillsburylaw.com
   ALEKZANDIR MORTON (CSBN 319241)
4  alekzandir.morton@pillsburylaw.com
   Four Embarcadero Center, 22nd Floor
5  San Francisco, CA 94111-5998
   Telephone:   415.983.1000
6  Facsimile:   415.983.1200
7
   Attorneys for Defendant
8  SUNSELECT PRODUCE (CALIFORNIA), INC.

9  [ADDITIONAL COUNSEL ON SIGNATURE PAGE]

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| MASTRONARDI INTERNATIONAL LIMITED,<br><br>             Plaintiff,<br><br>   vs.<br><br>SUNSELECT PRODUCE (CALIFORNIA), INC.,<br><br>             Defendant. | CASE NO. 1:18-CV-00737-AWI-JLT<br><br>**JOINT STIPULATION AND REQUEST TO CONTINUE ALL DEADLINES PENDING MEDIATION AND [~~PROPOSED~~] ORDER**<br><br>(Doc. 24) |

4820-9202-7013.v2

JOINT STIPULATION AND REQUEST TO CONTINUE ALL DEADLINES PENDING MEDIATION; AND [~~PROPOSED~~] ORDER

| | |
|---|---|
| 1 | **JOINT STIPULATION AND REQUEST TO CONTINUE ALL DEADLINES** |
| 2 | **PENDING MEDIATION** |

1 **JOINT STIPULATION AND REQUEST TO CONTINUE ALL DEADLINES**

2 **PENDING MEDIATION**

3       Pursuant to Local Rule 143, Plaintiff Mastronardi International Limited ("MIL") and

4 Defendant SunSelect California (Produce), Inc. ("SunSelect;" together, with MIL, the "Parties"),

5 hereby respectfully submit this Joint Stipulation and Request to Continue All Deadlines Pending

6 Mediation; and [Proposed] Order ("Stipulation"). The Parties jointly request that the Court enter the

7 following Proposed Order, for the following reasons:

8       WHEREAS, MIL filed its complaint against SunSelect on May 30, 2018 (D.E. 1);

9       WHEREAS, SunSelect was served on June 4, 2018 (D.E. 6);

10       WHEREAS SunSelect filed counterclaims against MIL on November 2, 2018 (D.E. 20)

11       WHEREAS, the MIL filed a Motion to Dismiss the counterclaims of SunSelect on

12 November 28, 2018 (D.E. 21);

13       WHEREAS, SunSelect's response to MIL's Motion to Dismiss SunSelect's Counterclaims

14 would be due on January 14, 2019, and a hearing on the motion is scheduled for January 28, 2019;

15       WHEREAS, in an effort to avoid the expense of further pleadings and motion practice and

16 the other expenses concomitant with this litigation, the Parties have agreed to undergo mediation

17 within the next sixty days;

18       WHEREAS, the Parties anticipate and intend that, by way of the mediation proceeding, they

19 will make all practicable efforts in good faith to arrive at a global settlement of all pending actions

20 between the parties;

21       WHEREAS, Local Rule 271(a)(3) encourages the Parties to attempt mediation, specifically

22 including private mediation outside of the court's official ADR program.

23       WHEREAS, the Parties believe it is in the Court's and the Parties' best interest—and no

24 Party claims prejudice hereby—to continue all deadlines until the Parties have undergone mediation.

25       NOW, THEREFORE, the Parties hereby agree and stipulate as follows:

26       1.      All deadlines in this action, including, but not limited to, SunSelect's deadline to

27             respond to the MIL Motion to Dismiss SunSelect's Counterclaims (D.E. 21) are

28

| | | |
|---|---|---|
| 1 | | continued for ninety (90) days to allow for good faith private mediation; |
| 2 | 2. | On or before April 11, 2019, the Parties will file a joint status report informing the |
| 3 | | Court as to the status of the parties' mediation and settlement efforts (*e.g.*, whether |
| 4 | | the matter is settled and/or the appropriate next steps in this action); and, |
| 5 | 3. | The Court will set further deadlines based on the Parties' April joint status report. |

Respectfully submitted,

Dated: January 11, 2019        DIEMER & WEI, LLP
                               WALLACE, JORDAN, RATLIFF & BRANDT, LLP

                               By     //s// Katherine Diemer
                               Katherine Diemer
                               Counsel to Plaintiff


                               PILLSBURY WINTHROP SHAW PITTMAN LLP

                               By     //s// Colin T. Kemp
                               Colin T. Kemp
                               Counsel to Defendant

### **ATTESTATION REGARDING SIGNATURES**

I, COLIN T. KEMP, attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Date: January 11, 2019                 */s/ Colin T. Kemp*

                                       COLIN T. KEMP

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| MASTRONARDI INTERNATIONAL LIMITED,<br><br>       Plaintiff,<br><br>vs.<br><br>SUNSELECT PRODUCE (CALIFORNIA), INC.,<br><br>       Defendant. | CASE NO. 1:18-CV-00737-AWI-JLT<br><br>**ORDER STAYING THE ACTION** |

Pursuant to the Parties' joint stipulation, the Court ORDERS:

1. The action is **STAYED**. Within ten days of the completion of the mediation session, the parties SHALL file a joint status report detailing the results of the mediation and whether the stay should be lifted.

IT IS SO ORDERED.

Dated: **January 14, 2019**     **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE