# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASTRONARDI INTERNATIONAL LIMITED, <br><br> Plaintiff, <br><br> vs. <br><br> SUNSELECT PRODUCE (CALIFORNIA), INC., <br><br> Defendant. | CASE NO. 1:18-CV-00737-AWI-JLT <br><br> [PROPOSED] ORDER GRANTING STIPULATION TO EXTEND PLEADING AMENDMENT DEADLINE |

Based upon the parties' stipulation, the Court **ORDERS**:

The pleading amendment deadline is extended to February 14, 2020.


IT IS SO ORDERED.

Dated: **February 6, 2020**          **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE