# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASTRONARDI INTERNATIONAL LIMITED,<br><br>                      Plaintiff,<br><br>vs.<br><br>SUNSELECT PRODUCE (CALIFORNIA), INC.,<br><br>                      Defendant. | CASE NO. 1:18-CV-00737-AWI-JLT<br><br>ORDER GRANTING JOINT REQUEST TO AMEND THE CASE SCHEDULE<br>(Doc. 57) |

Based upon the parties' stipulation, the Court **ORDERS** the case schedule amended as follows:

    1.    All non-expert discovery **SHALL** be completed no later than August 17, 2020;

    2.    All expert discovery **SHALL** be completed no later than January 6, 2021. The parties **SHALL** disclose all experts no later than September 30, 2020 and any rebuttal experts by November 11, 2020.

**<u>No other modifications of the case schedule are authorized.</u>**

IT IS SO ORDERED.

    Dated:   **March 29, 2020**               **/s/ Jennifer L. Thurston**
                                                                        UNITED STATES MAGISTRATE JUDGE