# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASTRONARDI INTERNATIONAL LIMITED,<br><br>  Plaintiff,<br><br>  v.<br><br>SUNSELECT PRODUCE (CALIFORNIA), INC.,<br><br>  Defendant. | CASE NO. 1:18-CV-00737-AWI-JLT<br><br>**ORDER AFTER TELEPHONIC CONFERENCE; ORDER CONSOLIDATING THE ACTIONS** |
| SUNSELECT PRODUCE,<br><br>  Plaintiff,<br><br>  v.<br><br>MASTRONARDI INTERNATIONAL LIMITED,<br><br>  Defendant. | CASE NO. 1:20-cv-00735 DAD JLT |

The Court held an informal, telephonic conference (Doc. 68.) At the conference, counsel agreed that the cases are not in a settlement posture but would be more likely to settle after a determination as to the significance of the foreign arbitration award. They agreed also that the cases should be consolidated for all purposes.

1

The Court may consolidate actions involving a common question of law or fact, and consolidation is proper when it serves the purposes of judicial economy and convenience. Fed.R.Civ.P. 42(a). The Ninth Circuit explained that the Court "has broad discretion under this rule to consolidate cases pending in the same district." *Investors Research Co. v. United States District Court for the Central District of California*, 877 F.2d 777 (9th Cir. 1989). In determining whether to consolidate actions, the Court weighs the interest of judicial convenience against the potential for delay, confusion, and prejudice caused by consolidation. *Southwest Marine, Inc., v. Triple A. Mach. Shop, Inc.*, 720 F. Supp. 805, 807 (N.D. Cal. 1989). In these actions, the plaintiffs bring similar claims and they present similar questions of fact and law.

Consolidation would serve the purposes of minimizing judicial resources, and the Court anticipates little risk of delay, confusion, or prejudice if the matters are consolidated. Consequently, consolidation is appropriate. *See Pierce v. County of Orange*, 526 F.3d 1190, 1203 (9th Cir. 2008). Therefore, the Court ORDERS:

1. The settlement conference will not be reset. However, counsel may jointly request a settlement conference when they believe the case is in a settlement posture;

2. Counsel SHALL submit a stipulation related to their desire to file more than one dispositive motion for the Court's consideration;

3. The cases are ordered consolidated for all purposes, including trial;

4. The parties are instructed that all future filings SHALL use the caption set forth above in the earlier-filed cases and **SHALL** use case number 1:18-CV-00737-AWI-JLT.

IT IS SO ORDERED.

Dated:   **June 13, 2020**                    **/s/ Jennifer L. Thurston**
                                              UNITED STATES MAGISTRATE JUDGE