# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MASTRONARDI INTERNATIONAL LIMITED,<br><br>        Plaintiff,<br><br>    v.<br><br>SUNSELECT PRODUCE (CALIFORNIA), INC.,<br><br>        Defendant.<br><br>AND RELATED CROSS AND CONSOLIDATED ACTIONS | Case No.: 1:18-cv-00737 AWI JLT<br><br>ORDER CLOSING THE ACTION<br>(Doc. 70) |

The parties have stipulated to this consolidated action being dismissed with prejudice and with the parties bearing their own fees and costs. (Doc. 70) Part of their stipulation is that Doc. 1 of the case consolidated into this one, Case Number 1:20-cv-00735, be sealed. However, the Court has already sealed the unredacted copy of that document and the public docket reflects only a redacted copy. Counsel have provided no information supporting sealing of the redacted copy as required by Local Rule 141.

In any event, the Federal Rules of Civil Procedure Rule 41 makes stipulations to dismiss effective immediately without further order of the Court. Because all parties who have appeared in

1

1  the action signed the stipulation, it "automatically terminate[d] the action." Wilson v. City of San
2  Jose, 111 F.3d 688, 692 (9th Cir. 1997).  Accordingly, the Clerk of Court is DIRECTED to close this
3  action.

5  IT IS SO ORDERED.

6      Dated: **July 22, 2020**        **/s/ Jennifer L. Thurston**
7                                                     UNITED STATES MAGISTRATE JUDGE

2